## L. W. CARTER v. STATE.

No. A-5298.   Opinion Filed Jan. 30, 1926.
(242 Pac. 1119.)

Morris & Tant, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM.  Plaintiff in error was convicted of maintaining a public nuisance, by keeping a place where intoxicating liquor was kept and sold, with his punishment fixed at a fine of $50 and confinement in jail for 30 days.  No briefs have been filed in support of this appeal.  An examination of the record shows that the information is sufficient; that the instructions of the court fairly stated the law of the case.  The evidence was conflicting, and not of a conclusive nature; but the testimony on the part of the state, if believed by the jury, was sufficient to support the verdict. The judgment of the trial court is affirmed.